Petition for Writ of
Mandamus Denied and Memorandum Opinion filed November 10, 2009.

 

In
The

Fourteenth
Court of Appeals



NO. 14-09-00885-CV



 

In Re Bree Anne Finch,
Relator



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS



MEMORANDUM
 OPINION

On October 20, 2009, relator, Bree Anne Finch, filed
a petition for writ of mandamus in this Court.  See Tex. Gov’t Code Ann.
§22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this Court to compel the Honorable K. Randall Hufstetler, presiding
judge of the 300th District Court of Brazoria County, to set aside his
September 25, 2009 order finding her in contempt. 

Relator has not established her entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator’s
petition for writ of mandamus. 

                                                                                    PER
CURIAM

 

Panel consists of Justices Yates, Frost, and Brown.